___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

MAY 23 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR19-097 RSM |
|---|---|
| Plaintiff, | INFORMATION |
| v. | |
| CHASE BLISS COLASURDO, | |
| Defendant. | |

The United States Attorney charges that:

## COUNT 1
### (Interstate Threats)

In or about February and March 2019, at Kent, within the Western District of Washington, and elsewhere, CHASE BLISS COLASURDO knowingly and willfully transmitted in interstate and foreign commerce, from the State of Washington to another state, communications, in the form of Instagram posts and emails, that contained threats to injure J.K. and D.T. Jr.

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 2
### (Interstate Threats)

In or about April 2019, at Kent, within the Western District of Washington, and elsewhere, CHASE BLISS COLASURDO knowingly and willfully transmitted in interstate and foreign commerce, from the State of Washington to another state, communications, in the form of Instagram posts and emails, that contained threats to injure K.D. and B.S.

All in violation of Title 18, United States Code, Section 875(c).

DATED this 23rd day of May, 2019.

BRIAN T. MORAN
Acting United States Attorney

TODD GREENBERG
Assistant United States Attorney