PROB 12A
(05/21)

# UNITED STATES DISTRICT COURT
for
## Western District of Washington

Report on Person Under Supervision

**Name:**  Chase Colasurdo                                                     **Case Number:** 2:19CR00097
**Name of Judicial Officer:**  The Honorable Ricardo S. Martinez, United States District Judge
**Date of Original Sentence:**   10/18/2019                    **Date of Report:** 04/25/2023
**Original Offense:**       Counts 1 &2: Interstate Threats
**Original Sentence:**      60 months' imprisonment; Three years' supervised release
**Type of Supervision:**  Supervised release        **Date Supervision Commenced:** 01/09/2023
**Special Conditions Imposed:**

☒ Substance Abuse              ☐ Financial Disclosure          ☐ Restitution:
☒ Mental Health                ☐ Fine                          ☐ Community Service
☒ Other: Moral Reconation Therapy, no direct or indirect contact with victims, and search.

## NONCOMPLIANCE SUMMARY

I allege Chase Colasurdo has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Consuming alcohol on or about March 29, 2023, in violation of his special condition. |

United States Probation Officer Action:
On the date listed above, Mr. Colasurdo submitted to a urinalysis, and it was presumptively positive for alcohol. As a result, I confronted to Mr. Colasurdo about his urinalysis, and he admitted to consuming alcohol on or about the date listed above. Mr. Colasurdo was remorseful and stated that he had no idea he was not allowed to consume alcohol. As a result, I went over his judgment, specifically his modified conditions. Mr. Colasurdo acknowledged and apologized his oversight. I told him that should he test positive for alcohol again, he will be directed to obtain a substance use disorder assessment. On a positive note, his subsequent urinalysis collected on April 10, 2023, was returned negative.

Mr. Colasurdo currently resides with his mother in Bellevue, Washington. He is working full-time as an apprentice flagger, and he enjoys his job.

I consulted with Assistant United States Attorney Todd Greenberg, and he concurs with my recommendation.

I respectfully recommend the Court endorse my actions.

The Honorable Ricardo S. Martinez, United States District Judge
Report on Person Under Supervision

Page 2
April 25, 2023

I swear under penalty of perjury that the
foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 25th day of April, 2023.

BY:

Mi-Young Park
United States Probation Officer

Jennifer Van Flandern
Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ Judicial Officer endorses the United States Probation Officer's actions
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer
April 26, 2023
_____
Date