THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            Plaintiff, )<br>      v. )<br>CHASE B. COLASURDO, )<br>            Defendant. ) | No. CR19-097-RSM<br><br>ORDER TO SEAL EXHIBIT |

THE COURT has considered Chase Colasurdo's motion to seal Exhibit 3 in support of defense's motion for early termination of supervised release and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Exhibit 3 be filed under seal.

DONE this 3rd day of December 2024.

                                                                             RICARDO S. MARTINEZ
                                                                             UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Chase Colasurdo

ORDER TO SEAL EXHIBIT
(*United States v. Colasurdo*, CR19-097-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100