THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR19-097-RSM |
| Plaintiff, ) | |
| v. ) | ORDER TO SEAL EXHIBIT |
| CHASE B. COLASURDO, ) | |
| Defendant. ) | |

THE COURT has considered Chase Colasurdo's motion to seal Exhibit 3 in support of the defense's motion for an order modifying Mr. Colasurdo's supervised release to authorize his travel to Mexico, and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Exhibit 3 be filed under seal.

DONE this 3rd day of January, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Chase Colasurdo

ORDER TO SEAL EXHIBIT
(*United States v. Colasurdo*, CR19-097-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100