THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-097-RSM |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION FOR ORDER MODIFYING SUPERVISED RELEASE AUTHORIZING TRAVEL |
| CHASE B. COLASURDO, | |
| Defendant. | |

THE COURT has considered Mr. Colasurdo's motion to modify supervised release and allow him to travel to Mexico, along with the records and files in this case. The government does not oppose the motion.

Mr. Colasurdo's request to travel internationally is GRANTED. Mr. Colasurdo may travel to Mexico for two months starting in February 2025 as coordinated with U.S. Probation.

DATED this 3rd day of January, 2025.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Chase Colasurdo

ORDER TO MODIFY SUPERVISED
RELEASE AND ALLOW TRAVEL
(*United States v. Colasurdo,* CR19-097-RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**