THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-097-RSM |
| Plaintiff, | |
| v. | ORDER FOR TERMINATION OF SUPERVISED RELEASE |
| CHASE B. COLASURDO, | |
| Defendant. | |

THE COURT has considered Chase Colasurdo's motion to terminate his remaining period of supervised release, the records in this case, and the factors set forth in 18 U.S.C. § 3553(a).

IT IS ORDERED that Chase Colasurdo's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 27th day of February 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Chase Colasurdo

ORDER FOR TERMINATION OF SUPERVISED RELEASE
(*United States v. Colasurdo*, CR19-097-RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**